```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION


GRAYBAR ELECTRIC COMPANY, INC.,    )
                                   )
             Plaintiff,            )
                                   )
       v.                          )    No. 4:06 CV 1275 DDN
                                   )
FEDERAL INSURANCE COMPANY,         )
                                   )
             Defendant.            )
```

## ORDER

**IT IS HEREBY ORDERED** that the motion hearing on April 17, 2007, is reset from 10:00 a.m. to 11:00 a.m.

                                                /S/ David D. Noce
                                    **DAVID D. NOCE**
                                    **UNITED STATES MAGISTRATE JUDGE**


Signed on March 27, 2007.