UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GRAYBAR ELECTRIC COMPANY, INC., )
)
        Plaintiff, )
)
   v. ) No. 4:06 CV 1275 DDN
)
FEDERAL INSURANCE COMPANY, )
)
        Defendant. )

## MEMORANDUM AND ORDER

On August 16, 2007, this action came before the court for a hearing on the pending motions.[1] For the reasons set forth on the record of the hearing,

**IT IS HEREBY ORDERED** that the motion of defendant for reconsideration (Doc. 48) of the order granting plaintiff's motion to amend the complaint is sustained. Having reconsidered the said order,

**IT IS FURTHER ORDERED** that the order (Doc. 46) granting plaintiff's motion to amend is set aside and vacated.

**IT IS FURTHER ORDERED** that the motion of plaintiff to amend the complaint (Doc. 45) is denied without prejudice. Plaintiff's proposed complaint paragraph 58 (adding a claim for vexatious refusal to pay) is dismissed without prejudice. See Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955 (2007).

**IT IS FURTHER ORDERED** that the motion of defendant to compel discovery (Doc. 49) is denied as moot without prejudice.

                     /S/    David D. Noce
                **UNITED STATES MAGISTRATE JUDGE**

Signed on August 16, 2007.

---

[1] The motion of the defendant to modify the case management order (Doc. 51), which is agreed to by the plaintiff, is ruled by separate order.