```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


GRAYBAR ELECTRIC COMPANY, INC.,    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )     No. 4:06 CV 1275 DDN
                                   )
FEDERAL INSURANCE COMPANY,         )
                                   )
            Defendant.             )
```

### JUDGMENT ORDER

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the motion of defendant Federal Insurance Company for summary judgment (Doc. 71) is denied, and the motion of plaintiff Graybar Electric Company, Inc. for summary judgment (Doc. 73) is sustained, in that

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Graybar Electric Company, Inc. have and recover from defendant Federal Insurance Company damages in the principal sum of $1,268,464.20, with pre-judgment interest from July 14, 2005 to today, but with pre-judgment interest tolled from November 15, 2005 to August 23, 2006, plus post-judgment interest hereafter at the rate provided by 28 U.S.C. § 1961, plus the costs of the action.


                                    /S/   David D. Noce
                                **UNITED STATES MAGISTRATE JUDGE**



Signed on July 9, 2008.